## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  Bodie        Roderick
     (Last)        (First)       (Initial)

Prisoner Number  K-58959

Institutional Address P.O. Box 689 Soledad, CA. 93960

**FILED**
APR 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RODERICK BODDIE
(Enter the full name of plaintiff in this action.)

      vs.

BEN CURRY, Warden (A)

(Enter the full name of respondent(s) or jailor in this action)

CV 08 )  Case No. __1956__
)  (To be provided by the clerk of court)

**PETITION FOR A WRIT
OF HABEAS CORPUS**

SBA

E-filing

(PR)

---

### Read Comments Carefully Before Filling In

**When and Where to File**

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were **not** convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS     - 1 -

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11     1. What sentence are you challenging in this petition?

12         (a)    Name and location of court that imposed sentence (for example; Alameda

13                County Superior Court, Oakland):

14         Contra Costa County Superior      Martinez, CA.

15                Court                              Location

16         (b)    Case number, if known ___902266-6_____

17         (c)    Date and terms of sentence ___8-16-91; 5 years_____

18         (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                parole or probation, etc.)          Yes _____   No __x___

20                Where?

21                Name of Institution: _____

22                Address: _____

23     2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)
    P.C. §§242/243(d), 245(a)(1), and 12022.7

26  _____

27  _____

28  _____

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3. Did you have any of the following?

    Arraignment:                   Yes _x_      No _____

    Preliminary Hearing:        Yes _x_      No _____

    Motion to Suppress:        Yes _____      No _x_

4. How did you plead?

    Guilty _x_    Not Guilty _____    Nolo Contendere _____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury _____    Judge alone _____    Judge alone on a transcript _____

6. Did you testify at your trial?              Yes _____      No _____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment           Yes _x_      No _____

    (b)    Preliminary hearing    Yes _x_      No _____

    (c)    Time of plea          Yes _x_      No _____

    (d)    Trial                Yes _____      No _____

    (e)    Sentencing          Yes _x_      No _____

    (f)    Appeal              Yes _____      No _____

    (g)    Other post-conviction proceeding    Yes _____      No _____

8. Did you appeal your conviction?         Yes _____      No _x_

    (a)    If you did, to what court(s) did you appeal?

            Court of Appeal          Yes _____      No _____

            Year: _____      Result:_____

            Supreme Court of California    Yes _____      No _____

            Year: _____      Result:_____

            Any other court         Yes _____      No _____

            Year: _____      Result:_____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS      - 3 -

| | | | |
|---|---|---|---|
| 1 | | petition? | Yes _____   No_____ |
| 2 | (c) | Was there an opinion? | Yes _____   No_____ |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | |
| 4 | | | Yes _____   No_____ |

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?          Yes _____     No _x_

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

    (a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

    I.    Name of Court: <u>Contra Costa County Superior Court</u>

        Type of Proceeding: <u>Habeas Corpus</u>

        Grounds raised (Be brief but specific):

        a. <u>State violated prohibition against plea bargain-ing in serious felony cases.</u>

        b. _____

        c. <u>Due Process and Equal Protection violations</u>

        d. _____

        Result: <u>Denied</u>          Date of Result: <u>UNK.</u>

    II.    Name of Court: <u>Court of Appeal First Appellate Dist.</u>

        Type of Proceeding: <u>Habeas Corpus</u>

        Grounds raised (Be brief but specific):

(Same As Above)

a. _____

b. _____

c. _____

d. _____

Result: Denied _____ Date of Result: UNK.

III.   Name of Court: California Supreme Court

Type of Proceeding: Habeas Corpus

Grounds raised (Be brief but specific):

(Same As Above)

a. _____

b. _____

c. _____

d. _____

Result: ___Denied_____ Date of Result: 3-12-08

IV.   Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result:_____

(b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes  X      No____

Name and location of court: U.S. District Court/Northern Dist.

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1  need more space. Answer the same questions for each claim.

2      [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5      Claim One: Trial Court violated Prohibition barring plea bar-
   gaining in serious felony cases, thereby violation the
6  Due Process and Equal Protection Clauses of the U.S.
   Constitution.
7  Supporting Facts: On October 9, 1990, Petitoner entered into a 5
   year plea agreement for violating Cal. Pen. Code §§242/243
8  (d), 245(a)(1) and 12022.7. All serious felonies. Records
   reveal that there was overwhelming evidence to convict Pet-
9  ioner, and that the five years he received was a substan-
   tial reduction of the amount of time he could have received
10 without the agreement. In a subsequent proceeding, the court
   utilized the illegal conviction to strike him out.

11 Claim Two: _____

12 _____

13 Supporting Facts: _____

14 _____

15 _____

16 _____

17 Claim Three: _____

18 _____

19 Supporting Facts: _____

20 _____

21 _____

22 _____

23      If any of these grounds was not previously presented to any other court, state briefly which

24 grounds were not presented and why:

25 *Each ground was presented in the superior court, court of

26 appeal, and California Supreme Court (Supreme Court decision

27 at Appendix A).

28 _____

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1        List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case.  Do not discuss the holding or reasoning

3    of these cases:

4    United States v. Solerno, 481 U.S. 739, 746; Rochin v. Calif-

5    ornia, 342 U.S. 165, 172; Palko v. Connecticut, 302 U.S. 319,

6    325-26

7    Do you have an attorney for this petition?                     Yes_____     No__x__

8    If you do, give the name and address of your attorney:

9    _____

10       WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11   this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

12

13   Executed on *March 27, 2008*                     *Roderick Boddie*

14                Date                                    Signature of Petitioner

15

16

17

18

19

20   (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS            - 7 -

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____            _____

[Authorized officer of the institution]

- 5 -

1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**
9                     **NORTHERN DISTRICT OF CALIFORNIA**

10   RODERICK BODDIE                          )
                                              )
11                         Plaintiff,         )        CASE NO. _____
                                              )
12        vs.                                 )        **PRISONER'S**
                                              )        **APPLICATION TO PROCEED**
13   BEN CURRY, Warden (A)                    )        **IN FORMA PAUPERIS**
                                              )
14                         Defendant.         )
     _____     )
15

16        I, <u>Roderick Boddie</u>, declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct.  I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security.  I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22        In support of this application, I provide the following information:

23   1.   Are you presently employed?  Yes ____  No _X_

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: _____  Net: _____

27   Employer: _____

28   _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____ UNK. _____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9     a.    Business, Profession or           Yes ____ No __x__

10          self employment

11    b.    Income from stocks, bonds,        Yes ____ No __x__

12          or royalties?

13    c.    Rent payments?                    Yes ____ No __x__

14    d.    Pensions, annuities, or           Yes ____ No __x__

15          life insurance payments?

16    e.    Federal or State welfare payments, Yes ____ No __x__

17          Social Security or other govern-

18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                    Yes ____ No __x__

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

1       b.    List the persons other than your spouse who are dependent upon you for

2               support and indicate how much you contribute toward their support.  (NOTE:

3               For minor children, list only their initials and ages.  DO NOT INCLUDE

4               THEIR NAMES.).

5  _____ None _____

6  _____

7  5.     Do you own or are you buying a home?     Yes ____ No __x__

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.     Do you own an automobile?     Yes ____ No __x__

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No _____ If so, Total due: $ _____

12  Monthly Payment: $ _____

13  7.     Do you have a bank account?  Yes ____ No __x__ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s):  $ _____

17  Do you own any cash?  Yes ____ No __x__ Amount:  $ _____

18  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ____ No__x__

20  _____

21  8.     What are your monthly expenses?

22  Rent:  $ _____0_____ Utilities: _____0_____

23  Food:  $ _____0_____ Clothing: _____0_____

24  Charge Accounts:

25  Name of Account         **Monthly Payment**         **Total Owed on This Acct.**

26  __N/A_____ $ _____ $ _____

27  _____ $ _____ $ _____

28  _____ $ _____ $ _____ 9.  **Do**

you have any other debts?  (List current obligations, indicating amounts and to whom they are payable  Do not include account numbers.)

_____ None _____

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ____ No  x

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____ N/A _____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_March 27, 2008_          _Roderick Boddie_____

DATE                           SIGNATURE OF APPLICANT

1
2
3
4
5
6
7
8
9
10                         APPENDIX A
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

S156573

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

---

In re RODERICK BODDIE on Habeas Corpus

---

The petition for writ of habeas corpus is denied. (See *In re Robbins* (1998) 18 Cal.4th 770, 780; *In re Clark* (1993) 5 Cal.4th 750.)

SUPREME COURT
**FILED**

MAR 1 2 2008

Frederick K. Ohlrich Clerk

Moreno, J., was absent and did not participate.

_____
Deputy

_____
GEORGE
Chief Justice

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, _____ Roderick Boddie _____, declare:

I am over 18 years of age and I am party to this action.  I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California.  My prison address is:

Roderick Boddie _____, CDCR #: K-58959 _____
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: DW-124L _____
SOLEDAD, CA  93960-0689.

On _March 31, 2008_____, I served the attached:

Petition For Writ of Habeas Corpus
_____

_____

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined.  The envelope was addressed as follows:

United States District Court
Northern District of California
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA. 94102-3483

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _March 31, 2008_ .

_Roderick Boddie_
Roderick Boddie
_____
Declarant In Pro Per

Roderick Boddie K-58959
Central Facility D-Wing 124-L
P.O. 689
Soledad, CA 93960

United States District Court
Northern District of California
U.S. Courthouse
450 Golden Gate Ave.
San Francisco CA 94102-3483