**FILED**
APR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| RODERICK BODDIE | ) |
| Plaintiff, | ) CASE NO. 08 1956 SBA (PR) |
| vs. | ) **PRISONER'S** |
| BEN CURRY, Warden (A) | ) **APPLICATION TO PROCEED** |
| | ) **IN FORMA PAUPERIS** |
| Defendant. | ) |

I, <u>Roderick Boddie</u>, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No __x__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (if you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4                                        UNK.
5  _____
6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.    Business, Profession or           Yes ___ No _x_
10            self employment

11      b.    Income from stocks, bonds,        Yes ___ No _x_
12            or royalties?

13      c.    Rent payments?                    Yes ___ No _x_

14      d.    Pensions, annuities, or           Yes ___ No _x_
15            life insurance payments?

16      e.    Federal or State welfare payments, Yes ___ No _x_
17            Social Security or other govern-
18            ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.     Are you married?                      Yes ___ No _x_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.     a.    List amount you contribute to your spouse's support:$ _____

PRIS APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____ None _____
6  _____

7  5.  Do you own or are you buying a home?       Yes ____ No __x__
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                   Yes ____ No __x__
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ____ No __x__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash?  Yes ____ No __x__  Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No __x__
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____0_____     Utilities: _____0_____
23 Food: $ _____0_____     Clothing: _____0_____
24 Charge Accounts:
25 Name of Account            Monthly Payment           Total Owed on This Acct.
26   N/A _____  $ _____       $ _____
27 _____     $ _____       $ _____
28 _____     $ _____       $ _____  9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 3 -

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | None
4 | _____
5 | 10.    Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?    Yes ___  No _X_
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | N/A
10 | _____
11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | March 27, 2008                    Roderick Bottle
17 |      DATE                            SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 4 -

APPENDIX A

APPENDIX A